UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT


FILED
JAMES BONINI
CLERK

No: 02-3035

04 MAY 10 PM 12:23

Filed: May 7, 2004

MARK J. KELLY

    Plaintiff - Appellant

1:00cv661

v.

LAMBDA RESEARCH, INC.

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 3/2/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

_Linl Kent_

Deputy Clerk